FILED
JUN - 3 2008
Clerk, U.S. District and Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANEE` MICHELLE CARTER<br>3258 15th Place, S.E.<br>Washington, D.C 20020<br><br>vs.<br><br>THE DISTRICT OF COLUMBIA<br><br>SERVE: Hon. Adrian Fenty, Mayor<br>　　　　John Wilson Building<br>　　　　1350 Pennsylvania Avenue, N.W.<br>　　　　Washington, D.C. 20001<br><br>　　　　Peter Nickles, Esquire<br>　　　　Acting Corporation Counsel<br>　　　　　for the District of Columbia<br>　　　　441 Fourth Street, N.W.<br>　　　　Washington, D.C. 20001<br><br>and<br><br>KIDSPEACE CORPORATION<br>5300 KidsPeace Drive<br>Orefield, PA 18069 | Case: 1:08-cv-00944<br>Assigned To : Huvelle, Ellen S.<br>Assign. Date : 6/3/2008<br>Description: PI/Malpractice<br><br>*JURY ACTION* |

## COMPLAINT
(Civil Rights- Eighth Amendment-42 U.S.C. § 1983; Negligent Supervision;
Negligent Infliction of Emotional Distress)

### INTRODUCTION

1. This is a civil action brought pursuant to 42. U.S.C. Section 1983 seeking damages against the defendants for committing acts under color of law which deprived the Plaintiff of rights secured under the Constitution and laws of the United States and the District of Columbia.

1

2. In addition, it is a civil action seeking damages against the Defendants for intentional wrongdoing and acts of negligence under the common law.

## JURISDICTION

3. Jurisdiction exists in this case pursuant to the Eighth and Fifth Amendments to the Constitution, under 42 U.S.C. § 1983, 28 U.S.C. § 1331; 28 U.S.C. § 1343; and under D.C. Code § 11-921(1981).

## PARTIES

5. Plaintiff, Janee` Michelle Carter, was at all times relevant herein, a minor child and resident of the District of Columbia.

6. Defendant District of Columbia is a municipal corporation organized pursuant to the laws of the United States of America.

7. Defendant KidsPeace Corporation ( hereinafter " KidsPeace") is a Pennsylvania Corporation, which was at all times relevant herein, contractually engaged by the District of Columbia to house and provide certain services to District of Columbia residents at its facilities.

## STATEMENT OF FACTS

8. On or about August 10, 2006 the plaintiff, Janee`Carter, was a sixteen (16) year old minor female that had been committed by the District of Columbia Department of Child and Family Services (DCFS) to the custody of KidsPeace for behavorial and mental health treatment at its Orchard Hills Campus in Allentown, Pennsylvania (hereinafter "Orchard Hills").

9. The District of Columbia committed the Plaintiff to the custody KidsPeace under the provisions of a contract that it had entered into with the Defendant KidsPeace Corporation.

10. With respect to the juveniles being housed at Orchard Hills, KidsPeace was contractually obligated " to operate, manage, and maintain the facility in accordance with all

applicable provisions of federal law, court orders, standards of the American Correctional Association, and the policies and procedures of the Department of Child and Family Services."

11. Notwithstanding its contractual obligations, KidsPeace has miserably failed to prevent or deter adult staff members and others from sexually assaulting juvenile female residents and the proliferation of such crimes in its facilities. The failures of KidsPeace in this regard are indicative of its deliberate indifference to the rights of the juveniles its custody prior to and since the sexual assault perpetrated upon the Plaintiff while she was a resident of Orchard Hills. Moreover, and in total disregard for its obligations to the juveniles Kidspeace housed at Orchard Hills, the District of Columbia was fully aware of the intentional and reckless indifference which has been and continues to be the trademark of KidsPeace.

13. At approximately 7:00 p.m. on August 10, 2005, young Miss Carter was savagely attacked at Orchard Hills by a thirty-four(34) year old adult male KidsPeace employee, one Jerry McChristian, who enticed her into an isolated area of a building at Orchard Hills, knocked her to the floor, then held down and sexually assaulted her.

14. The assailant managed to easily separate the Plaintiff from other the female residents housed at the Broadway Campus, lure her into an isolated area and perpetrate the barbaric sexual assault upon the her as described in Paragraph 13 above.

15. That on July 19, 2006, the KidsPeace employee, Jerry J. McChristian was convicted of institutional sexual assault and corruption of a minor in Lehigh County Court in Allentown, Pennsylvania for his vicious attack upon Miss Carter at the KidsPeace Orchard Hills facility.

16. As a direct consequence of the total disregard for the safety of the minor females housed at the Broadway Campus which was and continues to be displayed by the District of Columbia and Kidspeace, Janee`Carter was sexually assaulted by a dastardly KidsPeace

employee one Jerry McChristian. Despite having specific knowledge that other assaults had recently occurred in KidsPeace facilities, neither KidsPeace Corporation nor the District of Columbia took any meaningful steps to protect Janee` Carter, nor any of the other children at KidsPeace for that matter, from the known threats to their safety, thereby directly contributing to the sexual assault of Janee` Carter.

## COUNT I
### (Deprivation of Civil Rights; Eighth Amendment-42 U.S.C. § 1983)

17. Plaintiff incorporates by reference paragraphs 1 through 16 as if fully set forth herein.

18. The Defendants acting under color of law and with deliberate indifference to and reckless disregard for the safety and well-being of the children housed at KidsPeace in particular, and in violation of 42 U.S.C. § 1983, did on or about August 10, 2005, allow acts to be committed which deprived the Plaintiff Janee`Carter of her constitutional rights against cruel and unusual punishment.

19. As a direct and proximate result of the actions of the Defendants, Janee`Carter, prior to and during the predatory attack that led to her being sexually assaulted, suffered much physical pain and severe mental anguish.

WHEREFORE, the Plaintiff demands judgement against the Defendants, jointly and severally, in the full and just amount of Two Million Five Hundred Thousand Dollars ($2,500,000.00), plus punitive damages to the extent allowed by law, interest, and costs.

## COUNT II
### (Deprivation of Civil Rights; Fifth Amendment-42 U.S.C. § 1983)

20. Plaintiff incorporates by reference paragraphs 1 through 16 as if fully set forth herein.

21. The Defendants acting under color of law and with deliberate indifference to and

reckless disregard for the safety and well-being of the children housed at KidsPeace in particular, and in violation of 42 U.S.C. § 1983, did on or about August 10, 2005, allow acts to be committed which deprived the Plaintiff Janee` Carter of her constitutional rights to equal protection and due process of law.

22. As a direct and proximate result of the actions of the Defendants, Janee`Carter, prior to and during the predatory attack that led to her being sexually assaulted, suffered much physical pain and severe mental anguish.

WHEREFORE, the Plaintiff demands judgement against the Defendants, jointly and severally, in the full and just amount of Two Million Five Hundred Thousand Dollars ($2,500,000.00), plus punitive damages to the extent allowed by law, interest, and costs.

## COUNT III
### (Negligent Supervision)

23. Plaintiff incorporates, by reference paragraphs, 1 through 17 as if fully set forth herein.

24. The Defendants owed a duty of care to the minor children held at Orchard Hills, including Janee`Carter, relative to their personal security and application of the District's policies and practices and those generally accepted under applicable local and federal law.

25. The Defendants branched their duty of care by failing to monitor and supervise their employees activities and condoning conduct by its employees that violated the District's written policies, applicable court orders, the Constitution of the United States, and the generally accepted standards of the American Correctional Association.

26. As a direct and proximate cause of the Defendant's negligent supervision of personnel at Orchard Hills, Janee`Carter was sexually assaulted by an adult male KidsPeace employee at

Orchard Hills. At all times relevant herein, personnel at Orchard Hills, who were the Defendant's agents, were acting under the direction and control of the defendants District of Columbia and KidsPeace.

27. The Defendants acted negligently, carelessly and recklessly by failing to properly supervise the personnel at Orchard Hills and by failing to properly train, supervise, control, direct and monitor their agents in the discharge of their duties and responsibilities.

WHEREFORE, the Plaintiff demands judgement against the Defendants, jointly and severally, in the full and just amount of Two Million, Five Hundred Thousand Dollars ($2,500,000.00), plus punitive damages to the extent allowed by law, with interest and costs.

## COUNT III
### (Negligent Infliction of Emotional Distress)

28. Plaintiff incorporates by reference paragraphs 1 through 23 as if fully set forth herein.

29. Defendants through their agents at Orchard Hills, negligently caused severe emotional distress to Janee' Carter by way of the extremely negligent, reckless and indifferent conduct, including but not limited to their allowing a vicious sexual predator to prey upon the young females at the Orchard Hills facility, their failure to control in any manner the access and ability of a sexually deviant male employee to isolate young female residents and thereby by allowing Janee`Carter to be sexually assaulted as described herein.

30. As a direct and proximate result of Defendants' extremely negligent, reckless and indifferent conduct, Janee`Carter suffered severe pain, emotional distress, and mental anguish as she was being raped at Orchard Hills by a Kidspeace employee.

**WHEREFORE**, the plaintiff demands judgement against the defendants, jointly and severally, in the full and just amount of Two Million, Five Hundred Thousand Dollars ($2,500,000.000), plus punitive damages to the extent allowed by law, interest and costs.

                                          **Respectfully submitted,**

By: *[signature]*
Elmer Douglass Ellis [#423276]
The Ellis Law Office
1100 H Street, N.W.
Suite 920
Washington, D.C. 20005

**Attorney for the Plaintiff**

**Jury Trial Requested:**

*[signature]*
Elmer Douglass Ellis

6-944
ESH

JS-44
(Rev.1/05 DC)

## CIVIL COVER SHEET

**I (a) PLAINTIFFS**
Janee' Michelle Carter

11001

**DEFENDANTS**
The District of Columbia, et al

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Elmer Douglass Ellis
The Ellis Law Office
1100 H Street, N.W., Suite 920
Washington, D.C. 20005
(202) 789-1975

Case: 1:08-cv-00944
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/3/2008
Description: PI/Malpractice

JURY ACTION

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ⊙ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**○ A. Antitrust**
☐ 410 Antitrust

**⊙ B. Personal Injury/ Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**⊙ E. General Civil (Other)**      **OR**      **○ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

KIDSPEACE 3 X'S

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities- Employment<br>☐ 446 Americans w/Disabilities- Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⊙ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 U.S.C. Section 1983. This matter arises from a sexual assault that occurred while the Plaintiff was in the care and custody of the Defendants.

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $ $10,000,000.00  Check YES only if demanded in complaint
JURY DEMAND: YES [X]  NO ☐

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO [X]  If yes, please complete related case form.

DATE May 1, 2008   SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.