UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANEE` MICHELLE CARTER, | : | |
| | : | |
| Plaintiff, | : | Case Number: 2008-cv- 944(ESH) |
| | : | |
| v. | : | |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## DISTRICT OF COLUMBIA'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

Defendant District of Columbia ("District"), by and through undersigned counsel, with the consent of plaintiff and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully requests that the Court grant the District a thirty day extension of time to file a responsive pleading in this matter, up to and including September 4, 2008.

A Memorandum of Points and Authorities in support of this Motion to Enlarge and proposed order are attached hereto. The undersigned contacted plaintiff's counsel on July 30, 2008, pursuant to LCvR7(m), to ask his position on the District's request. Plaintiff's counsel consents to the District's request.

Date: July 31, 2008

                                                Respectfully submitted,

                                                PETER J. NICKLES
                                                Acting Attorney General for the District of Columbia

                                                GEORGE C. VALENTINE
                                                Deputy Attorney General
                                                Civil Litigation Division

      ___*/s/ Toni Michelle Jackson*_____
      Toni Michelle Jackson [453765]
      Chief, General Litigation Section III
      Civil Litigation Division

      __*/s/ Kerslyn D. Featherstone*_____
      KERSLYN D. FEATHERSTONE [478758]
      Assistant Attorney General
      441 4th Street, N.W.
      6th Floor South
      Washington, D.C. 20001
      P(202) 724-6600
      F(202) 727-3625

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JANEE` MICHELLE CARTER,** | : | |
| | : | |
| Plaintiff, | : | Case Number: 2008-cv- 944(ESH) |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA**, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT OF COLUMBIA'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

The District of Columbia (hereinafter "the District"), by and through counsel, respectfully move this Honorable Court, pursuant to Fed. R. Civ. P. 6(b), for an order granting the District a thirty day extension of time to file a responsive pleading, up to and including September 4, 2008.  In support of this motion, the District states the following:

1. The Summons and Complaint were served on July 14, 2008;

2. A responsive pleading therefore is due on or before August 4, 2008;

3. The undersigned is attempting to obtain the necessary documents from the agencies involved to properly respond to the complaint;

4. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to comply with any deadline imposed by other enumerated rules.[1]  The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976).  Given the facts discussed in the motion, the District respectfully requests that the Court grant the extension.

---

[1] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)—none of which are applicable

5. The granting of this motion will not prejudice any party herein, nor will it interfere with the fair and efficient administration of justice.

6. Plaintiff consents to the District's request.

**WHEREFORE**, the based on the foregoing, the District respectfully requests a thirty day extension of time to file a responsive pleading, up to and including September 4, 2008.

Date: July 31, 2008.

        Respectfully submitted,

        PETER J. NICKLES
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        ___/s/ Toni Michelle Jackson_____
        Toni Michelle Jackson [453765]
        Chief, General Litigation Section III
        Civil Litigation Division

        ___/s/ Kerslyn D. Featherstone_____
        KERSLYN D. FEATHERSTONE [478758]
        Assistant Attorney General
        441 4th Street, N.W.
        6th Floor South
        Washington, D.C. 20001
        P(202) 724-6600
        F(202) 727-3625

---

herein.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JANEE` MICHELLE CARTER,** | : | |
| | : | |
| Plaintiff, | : | Case Number: 2008-cv- 944(ESH) |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA**, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Upon consideration of the District's Consent Motion for an Extension of Time to File a Responsive Pleading, the Memorandum of Points and Authorities in support thereof, any opposition thereto, and the entire record herein, it is this _____day of _____, 2008,

**ORDERED:**  That the motion be, and the same hereby is, **GRANTED**; and it is further

**ORDERED:**  That the District's Responsive Pleading is due on or before September 4, 2008.

_____
ELLEN S. HUVELLE, Judge
United States District Court for the District of Columbia

Copies to:

Kerslyn D. Featherstone, Esq.
Assistant Attorney General
441 4TH Street, NW,
Washington, DC  20001

Elmer Douglass Ellis, Esq.
1100 H Street, NW
Suite 920
Washington, DC  20005

1