IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANEE MICHELLE CARTER | * | |
| Plaintiff | * | |
| v. | * | Case no.: 08-CV-00944 |
| THE DISTRICT OF COLUMBIA and | * | Judge Ellen S. Huvelle |
| KIDSPEACE CORPORATION | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * *

## ANSWER TO COMPLAINT

KidsPeace Corporation, Defendant, by its attorney, Michael J. Carlson, hereby files its Answer to Plaintiff's Complaint, and with respect to the counts therein, states as follows:

### INTRODUCTION

1. Paragraph 1 sets forth a statement of law and not facts and therefore does not require a response. To the extent Paragraph 1 requires a response it is denied.

2. Paragraph 2 sets forth a statement of law and not facts and therefore does not require a response. To the extent Paragraph 2 requires a response it is denied.

### JURISDICTION

3. Paragraph 3 sets forth a statement of law and not facts and therefore does not require a response. To the extent Paragraph 3 requires a response it is denied.

## PARTIES

5. Defendant is without knowledge or information sufficient to form a belief as to the truth of Paragraph 5 at this time and therefore denies same.[1]

6. Defendant is without knowledge or information sufficient to form a belief as to the truth of Paragraph 6 at this time and therefore denies same.

7. Defendant admits that it is a Pennsylvania Corporation, but denies that it was contractually engaged by the District of Columbia to house and provide services to District of Columbia residents at any facility.

## STATEMENT OF FACTS

8. Denied.

9. Denied.

10. Denied.

11. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

## COUNT I
**(Deprivation of Civil Rights; Eighth Amendment – 42 U.S.C. § 1983)**

17. Paragraph 17 sets forth no allegation requiring a response.

18. Denied.

19. Denied.

---

[1] The paragraphs of the Complaint are mis-numbered. To avoid confusion, Defendant has responded to each paragraph as labeled by the Plaintiff.

2

## COUNT II
### (Deprivation of Civil Rights; Fifth Amendment – 42 U.S.C. § 1983)

20. Paragraph 20 sets forth no allegation requiring a response.

21. Denied.

22. Denied.

## COUNT III
### (Negligent Supervision)

23. Paragraph 23 sets forth no allegation requiring a response.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

## COUNT III [2]
### (Negligent Infliction of Emotional Distress)

28. Paragraph 28 sets forth no allegation requiring a response.

29. Denied.

30. Denied.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.

2. Defendant KidsPeace Corporation did not contract as alleged.

3. Defendant KidsPeace Corporation did not operate the behavioral and mental health treatment facility where Plaintiff allegedly received care.

4. Defendant KidsPeace Corporation did not employ Jerry J. McChristian.

5. Plaintiff's claims are barred by the applicable statute of limitations.

6. Plaintiff's claims are barred by her own contributory negligence.

---

[2] The counts of the Complaint are mis-numbered. To avoid confusion, Defendant has responded to each count as labeled by the Plaintiff.

7. Plaintiff's claims are barred by her own comparative negligence.

8. Plaintiff's claims are barred by her assumption of the risk.

9. Plaintiff's claims are barred by her consent to the conduct now complained of.

10. Plaintiff's claims are barred by the doctrine of estoppel.

11. Defendant KidsPeace Corporation enjoys qualified immunity from suit.

12. Defendant KidsPeace Corporation enjoys charitable immunity.

13. Defendant KidsPeace Corporation is not a state actor and does not act under color of state law.

14. At all times relevant to the Complaint, Defendant KidsPeace Corporation acted in good faith.

_____/s/_____
Michael J. Carlson (MD25258)
ANDERSON, COE & KING, LLP
201 N. Charles Street
Suite 2000
Baltimore, Maryland 21201
(410) 752-1630
Fax: 410-752-0085
carlson@acklaw.com
*Attorney for Defendant KidsPeace Corporatio*